COUNTY OF MERCER v. TOWNSHIP OF WEST WINDSOR.

October 24, 1978. Petition for certification denied.

INSURANCE BROKERS ASSOCIATION OF NEW JERSEY, INC. v. JAMES J. SHEERAN, COMMISSIONER OF INSURANCE, STATE OF NEW JERSEY.

October 24, 1978. Petition for certification denied. (See 162 *N. J. Super.* 34)

COLD INDIAN SPRINGS CORP. v. TOWNSHIP OF OCEAN.

October 24, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. SAMUEL COFFEE.

October 24, 1978. Petition for certification denied.

GOSIER TRAVIS v. GARY J. HILTON.

October 24, 1978. Petition for certification denied.

JAMES FAULKNER v. DEPARTMENT OF CORRECTIONS.

October 24, 1978. Petition for certification denied.